# EXHIBIT 2



*Source:* *Global Crossing Airlines Group Inc.*

*May 31, 2023 08:00 ET*

# Global Crossing Airlines Announces Appointment of Top Flight Charters as its Exclusive Collegiate Sports Charter Broker Committing 5 Aircraft for the 2023/2024 Season

MIAMI, May 31, 2023 (GLOBE NEWSWIRE) -- **Global Crossing Airlines Group, Inc.** (**JET: NEO; JET.B: NEO; JETMF: OTCQB**) (the "**Company**" or "**GlobalX**") has appointed Top Flight Charters, led by Ryan Dohmen, as its exclusive Collegiate Charter Broker for the 2023/2024 season, committing 5 A320s in various configurations, including 2 All VIP 68 seat all business class aircraft.

"We believe the Collegiate Air Charter Market is a $500M plus a year business and to effectively participate in this business you need to work with trusted partners. With Ryan Dohmen leading, Top Flight Charters is well positioned to represent GlobalX in this key business segment," said Ed Wegel, Chairman and CEO of GlobalX.

Top Flight Charters' sole focus is supporting college athletics and as such is structured, staffed and designed with Collegiate customers in mind. Top Flight Charters' team is comprised of industry veterans that were handpicked based on their experience and ability to foster relationships with team members, vendors, and clients.

"There have been several recent changes in the charter industry, and I'm excited about the possibilities that are in front of us. GlobalX has positioned itself to become a leader in the collegiate charter space," said Ryan Dohmen, President of Top Flight Charters. "Together, I am confident we can do some really cool things that complement the ever-changing landscape of collegiate athletics."

**About Global Crossing Airlines**

GlobalX is a US 121 domestic flag and supplemental Airline flying the Airbus A320 family aircraft. GlobalX flies as a passenger ACMI and charter airline serving the US, Caribbean, European and Latin American markets. GlobalX is also now operating ACMI cargo service flying the A321 freighter. For more information, please visit [www.globalxair.com](www.globalxair.com).

**About Top Flight Charters**

Top Flight Charters is a team of highly experienced aviation professionals with a specialization in the movement of sports teams. With diverse types of aircraft, all with unique features, Top Flight Charters is dedicated to providing seamless, safe, and efficient transportation tailored to its clients' unique travel requirements. For more information, please visit [www.topflightcharters.com](www.topflightcharters.com).

**For more information, please contact:**

Ryan Goepel, Chief Financial Officer
Email: ryan.goepel@globalxair.com
Tel: 786.751.8503

**Ryan Dohmen**
Email: ryan.dohmen@topflightcharters.com
Tel: 319.493.0582

*Cautionary Note Regarding Forward-Looking Information*

*This news release contains certain "forward looking statements" and "forward-looking information", as defined under applicable United States and Canadian securities laws, concerning anticipated developments and events that may occur in the future. Forward-looking statements contained in this news release include, but are not limited to, statements with respect to the Company's aircraft fleet size, the mix between passenger and freighter aircraft, he destinations that the Company intends to service, the size of the NCAA Charter Market, the ability of the Company to obtain flights in the NCAA charter market and its potential market share, the Company becoming a leader in the collegiate charter space, and the Company's growth plans.*

*In certain cases, forward-looking statements can be identified by the use of words such as "plans", "expects" "budget", "scheduled", "estimates", "forecasts", "intends", "anticipates" or variations of such words and phrases or statements that certain actions, events or results "may", "could", "would", "might" or "will be taken", "occur" or "be achieved" suggesting future outcomes, or other expectations, beliefs, plans, objectives, assumptions, intentions or statements about future events or performance. Forward-looking statements contained in this news release is based on certain factors and assumptions regarding, among other things, the receipt of financing to continue airline operations, the accuracy, reliability and success of GlobalX's business model; GlobalX's ability to accurately forecast demand; GlobalX will be able to successfully conclude definitive agreements for transactions subject to LOI; the timely receipt of governmental approvals; the success of airline operations of GlobalX; GlobalX's ability to successfully enter new geographic markets; the legislative and regulatory environments of the jurisdictions where GlobalX will carry on business or have operations; the Company has or will have sufficient aircraft to provide the service; the impact of competition and the competitive response to GlobalX's business strategy; the future price of fuel, and the availability of aircraft. While the Company considers these assumptions to be reasonable based on information currently available to it, they may prove to be incorrect.*

*Forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. Such factors include risks related to, the ability to obtain financing at acceptable terms, the impact of general economic conditions, risks related to supply chain and labor disruptions, failure to retain or obtain sufficient aircraft, domestic and international airline industry conditions, failure to conclude definitive agreements for transactions subject to LOI, the effects of increased competition from our market competitors and new market entrants, passenger demand being less than anticipated, the impact of the global uncertainty created by COVID-19, future relations with shareholders, volatility of fuel prices, increases in operating costs, terrorism, pandemics, natural disasters, currency fluctuations, interest rates, risks specific to the airline industry, risks associated with doing business in foreign countries, the ability of management to implement GlobalX's operational strategy, the ability to attract qualified management and staff, labor disputes, regulatory risks, including risks relating to the acquisition of the necessary licenses and permits; risks related to significant disruption in, or breach in security of GlobalX's information technology systems and resultant interruptions in service and any related impact on its reputation; and the additional risks identified in the "Risk Factors" section of the Company's reports and filings with applicable Canadian securities regulators and the U.S. Securities and Exchange Commission. Although the Company has attempted to identify important dont factors that could cause actual results to differ materially from those described in the forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. Accordingly, readers should not place undue reliance on forward-looking statements. The forward-looking statements are made as of the date of this news release. Except as required by applicable securities laws, the Company does not undertake any obligation to publicly update any forward-looking statements. If GlobalX does update one or more forward-looking statements, no inference should be made that it will make additional updates with respect to those or other forward-looking statements.*