## DECLARATION OF RYAN GOEPEL

1. I am the Chief Financial Officer and Executive Vice President of Global Crossing Airlines, Inc.
2. Global is a Delaware corporation with its principal place of business in Miami, Florida.
3. Global is a member of Charter Air Solutions, LLC. Global became a member in Charter Air Solutions, LLC after this litigation was initiated.
4. The only other member of Charter Air Solutions is Ryan Dohmen. Mr. Dohmen is a citizen of Montana.
5. This dispute implicates at least $1 million in additional annual revenue that Global could earn.

I declare under the penalty of perjury under the laws of Florida and the United States of America that the foregoing is true and correct.



Ryan Goepel                                   12/22/2023
_____          _____
Ryan Goepel                                        Date